ALCALÁ DEL OLMO *v.* SUCESIÓN FERNÁNDEZ.

APELACIÓN procedente de la Corte de Distrito de San Juan.

No 113.—Resuelto en mayo 5, 1904.

APELACIÓN—SENTENCIA DEFINITIVA.—El recurso de apelación sólo procede contra las resoluciones definitivas, entendiéndose por tales las que pongan término al pleito o hagan imposible su continuación.

ID.—La Ley de marzo 12, 1903, transformando el Tribunal Supremo de casación en tribunal de apelación, dejó subsistentes las .disposiciones de los artículos 1687 y 1688 de la Ley de Enjuiciamiento Civil.

ID.—La jurisdicción de apelación conferida a la Corte de Distrito de San Juan por la Orden General No. 118 de 1899, estaba limitada a la resolución de la apelación que estuviera pendiente, y desde ese momento el conocimiento del asunto corresponde a la corte de distrito a que perteneciera el Juzgado de Primera Instancia en que originalmente se entablara el pleito.(*)

EXPOSICIÓN DEL CASO.

En el juicio seguido en el suprimido Juzgado de Primera Instancia de Guayama, entre partes, de la una, Don Evaristo Alcalá del Olmo, ejecutante, hoy su hermana, Doña Blanca, del mismo apellido, y de la otra, la Sucesión de Don Vicente Fernández Monjardin, ejecutada sobre cobro de un crédito hipotecario, cuyo juicio pende ante nos a virtud de recurso de apelación interpuesto por dicha sucesión contra resolución del Tribunal de Distrito de San Juan, que también en grado de apelación conocía del mismo juicio, habiendo representado a la parte recurrente, ante esta Corte Suprema, el Letrado Don Manuel F. Rossy, y a la parte recurrida, el Letrado Don Juan Vías Ochoteco.

*Resultando:* que en juicio ejecutivo promovido en el suprimido Juzgado de Primera Instancia de Guayama por Don Evaristo Alcalá del Olmo contra la Sucesión de Don Vicente Fernández Monjardin, en cobro de un crédito hipotecario, intereses y costas, al oponerse la sucesión demandada a la ejecución despachada por auto de 15 de julio de 1897, solicitó se recibieran los autos a prueba, y pidió por otrosí, que por Sobrinos de Ezquiaga y Don Mariano Benito Heredia se reconocieran sus respectivas firmas obrantes en un documento privado, acompañado al escrito de oposición y consistente en liquidación de meses de intereses, librando para ello los exhortos correspondientes a esta capital y a la de España.

*Resultando:* que al contestar la oposición la parte ejecutante, presentó copia simple de la escritura de hipoteca volun-

taria otorgada por Don Jesús Ma. Texidor y Vázquez a favor
de Don Evaristo Alcalá del Olmo, en 5 de junio de 1887, ante
el Notario de Guayama, Don José Mariano Capó, de la que trae
origen el crédito hipotecario reclamado, y acompañó además
dos cartas, una de ellas firmada por Sobrinos de Ezquiaga, y
la otra por Don Mariano Benito, concernientes (*) ambas al
referido crédito, para que fueran reconocidas por sus fir-
mantes, expresando además que conforme como estaba con la
certeza de las firmas de Don Mariano Benito y Sobrinos de
Ezquiaga, obrantes en la liquidación producida con el escrito
de oposición, suplicaba fuere denegado el libramiento de ex-
hortos para el reconocimiento de esas firmas que había soli-
citado la parte ejecutada.

*Resultando:* que el juzgado de Guayama, por auto de 10
de agosto de 1897, recibió el juicio a prueba, ordenando entre
otros particulares que desde luego se librara exhorto al Juez
Decano de los de Madrid, para el reconocimiento de la firma de
Don Mariano Benito que aparecía en una de las cartas presen-
tadas por el ejecutante, y denegó la expedición de exhortos
para el reconocimiento de las firmas de Don Mariano Benito
y Sobrinos de Ezquiaga, que figuraban en el documento de
liquidación de intereses producido por la parte ejecutada.

*Resultando:* que la representación de la Sucesión de Don
Vicente Fernández Monjardin pidió reposición del auto ex-
presado de 10 de agosto, interesando el libramiento pedido,
de exhortos para el reconocimiento por Don Mariano Benito
y Sobrinos de Ezquiaga, de sus respectivas firmas, obrantes en
el documento de liquidación de intereses de que se ha hecho
mérito, y por otrosí suplicó se desglosaran la copia de la escri-
tura hipotecaria, otorgada en 5 de junio de 1887, por Don
Jesús Ma. Texidor, a favor de Don Evaristo Alcalá del Olmo,
y las dos cartas firmadas por Don Mariano Benito y Sobrinos
de Ezquiaga, documentos todos presentados por la parte de-
mandante al contestar la oposición formulada, pues tales
documentos, como fundamentos de la acción ejercitada, de-

bieron acompañarse con la demanda y por tanto ya no eran admisibles.

*Resultando:* que tramitado el recurso de reposición, el Juzgado de Primera Instancia de Guayama, por auto de 23 de agosto citado, declaró no haber lugar al mismo, ni al desglose de los documentos que se pedían.(*)

*Resultando:* que la Sucesión de Don Vicente Fernández presentó escrito manifestando que con respecto a la denegación del libramiento de exhortos para el reconocimiento de firmas por Don Mariano Benito y Sobrinos de Ezquiaga, obrantes en el documento de liquidación de intereses, se reservaba reproducir la misma pretensión en segunda instancia, caso de que llegara a ser necesario, y en cuanto al desglose de la escritura y cartas ya mencionadas, suplicaba la reposición del auto de 23 de agosto, apelando para ante la Audiencia del Territorio, si tal reposición le era denegada; y el juzgado de Guayama, en auto de 28 del propio agosto, por el fundamento de que la ley no admite reposición de otra reposición, desestimó ese recurso y admitió en un solo efecto la apelación interpuesta, y posteriormente, por auto de 29 de septiembre siguiente, y a instancia de la parte ejecutada, oyó dicho recurso en ambos efectos, mediante fianza al efecto prestada.

*Resultando:* que elevados los autos a la suprimida Audiencia Territorial, previa citación y emplazamiento de las partes, y pendiente aun de resolución el recurso, por motivos que no son de consignarse, al publicarse la Orden General No. 118 de 1899, pasó el conocimiento del mismo al Tribunal de Distrito de San Juan, el que, por providencia de 6 de mayo del año próximo pasado, admitió como parte en los autos a Doña Blanca Alcalá del Olmo, a virtud de cesión que por escritura pública le hizo su hermano, Don Evaristo, del crédito reclamado, celebrándose la vista del recurso en 1 de agosto, con asistencia de los letrados de ambas partes, que alegaron cuanto estimaron conducente a la defensa de sus respectivas pretensiones.

*Resultando:* que el Tribunal de Distrito de San Juan, por auto de 8 de agosto citado, confirmando en lo conforme y revocando, en lo demás, el auto y providencia apelados, ordenó se desglosara del pleito la escritura otorgada ante el notario (\*) de Guayama, Don José Mariano Capó, en 5 de junio de 1887, por Don Jesús Ma. Texidor, a favor de Don Evaristo Alcalá del Olmo, sobre préstamo e hipoteca voluntaria presentada por la parte ejecutante, con el escrito de oposición, a la contestación formulada por la parte ejecutada, sin especial condenación de costas, mandando se remitieran los autos principales al Tribunal de Distrito de Humacao, sucesor legal del Juzgado de Primera Instancia de Guayama, de acuerdo con la sección 14 de la Orden General No. 118, serie de 1899.

*Resultando:* que contra ese auto del Tribunal de Distrito de San Juan interpuso la representación de la Sucesión de Don Vicente Fernández Monjardin recurso de apelación en la parte relativa a la remisión del pleito al Tribunal de Humacao; y admitido dicho recurso, fueron elevados los autos a esta Corte Suprema previa citación y emplazamiento de las partes, las que, personadas, evacuaron oportunamente el trámite de instrucción, habiéndose adherido al recurso la representación de Doña Blanca Alcalá del Olmo, en cuanto, por el auto apelado, se ordena el desglose de la escritura de constitución de hipoteca que dió origen al crédito cuyo cobro se persigue.

*Resultando:* que la vista del recurso tuvo lugar en 23 del pasado abril con asistencia del letrado de la parte apelada.

Abogado del apelante: *Sr. Manuel F. Rossy.*

Abogado del apelado: *Sr. Vías Ochoteco.*

EL JUEZ ASOCIADO SR. HERNÁNDEZ, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Considerando:* que el auto del Tribunal de Distrito de San Juan, en cuanto ordena se desglose del juicio la escritura otorgada ante el notario de Guayama, Don José Mariano Capó, en 5 de junio de 1887, por Don Jesús Ma. Texidor a favor de Don Evaristo Alcalá del Olmo, sobre hipoteca voluntaria, no

es definitivo, pues no pone término al pleito ni hace imposible su continuación, y por tanto no cabe contra el mismo recurso de apelación, aun bajo la ley de la Asamblea Legislativa (*) de 12 de marzo del año próximo pasado, que al transformar el Tribunal Supremo de Casación en Corte de Apelación, lejos de derogar, dejó subsistentes los artículos 1687 y 1688 de la Ley de Enjuiciamiento Civil, según se desprende de la sección 4ª. de aquella ley.

*Considerando:* que la jurisdicción del Tribunal de Distrito de San Juan terminó al resolver el recurso de apelación, de que estaba conociendo, a virtud de lo dispuesto en el artículo 12 de la Orden General No. 118, serie de 1899, y que desde ese momento con arreglo al artículo 14 de la misma Orden General, el Tribunal de Distrito de Humacao es el que debe conocer del juicio, por corresponder a ese tribunal el pueblo de Guayama, cabecera antes del suprimido juzgado del mismo nombre, en que originariamente radicaba dicho juicio, estando, por tanto, ajustado a derecho el auto recurrido en cuanto ordena la remisión del pleito al expresado tribunal de Humacao.

*Vistos* los textos legales citados y la regla 63 de la Orden General No. 118, serie de 1899.

*Fallamos:* que debemos confirmar y confirmamos el auto que dictó el Tribunal de Distrito de San Juan, en 7 de agosto último, en cuanto ordena se remita el juicio al Tribunal de Distrito de Humacao, y declaramos no haber lugar a resolver el recurso de apelación que por adhesión ha interpuesto la representación de Doña Blanca Alcalá del Olmo, contra el mismo auto, en la parte relativa al desglose de la escritura otorgada en 5 de junio de 1887, por Don Jesús Ma. Texidor, a favor de Don Evaristo Alcalá del Olmo, sobre préstamo hipotecario, entendiéndose las costas del recurso sin especial condenación; y devuélvanse los autos al Tribunal de Distrito de San Juan, con la certificación correspondiente.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Figueras, Sulzbacher y MacLeary.(*)